# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Schall, Alvin A. | United States Court of Appeals for the Federal Circuit | 04/18/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Circuit Judge (Senior Status) | ☐ Nomination Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

717 Madison Place, N.W.
Washington, DC 20439

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee (one of two) | Trust #2 |
| 2. | Trustee (one of two) | Trust #4 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A. | 04/18/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A. | 04/18/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Abbott Laboratories, Inc. | A | Dividend | K | T | | | | | |
| 2. Abbvie | B | Dividend | L | T | | | | | |
| 3. Altria Group, Inc. | B | Dividend | L | T | | | | | |
| 4. Boeing Co. | B | Dividend | M | T | | | | | |
| 5. BP PLC | D | Dividend | M | T | | | | | |
| 6. Exxon Mobil Corp. | D | Dividend | M | T | | | | | |
| 7. General Electric Co. | C | Dividend | M | T | | | | | |
| 8. General Mills, Inc. | C | Dividend | L | T | | | | | |
| 9. Home Depot, Inc. | D | Dividend | N | T | | | | | |
| 10. Hospira, Inc. | | None | | | Sold | 09/30/15 | J | D | |
| 11. Intel Corp. | C | Dividend | M | T | | | | | |
| 12. Johnson & Johnson | C | Dividend | M | T | | | | | |
| 13. J.P. Morgan Chase & Co. | C | Dividend | M | T | | | | | |
| 14. Kraft Foods Grp., Inc.. | A | Dividend | | | Sold | 07/06/15 | J | D | |
| 15. Kraft Heinz Co. | A | Dividend | K | T | Merged (with line 14) | 07/06/15 | K | | |
| 16. MBIA, Inc. | | None | | | Sold | 12/18/15 | J | | |
| 17. Minnesota Mining & Mfg. Co. | C | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A. | 04/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Mondelez Int'l., Inc. | A | Dividend | K | T | | | | | |
| 19. Motorola Solutions, Inc. | A | Dividend | K | T | | | | | |
| 20. Pepsico, Inc. | C | Dividend | M | T | | | | | |
| 21. Philip Morris Int'l., Inc. | C | Dividend | L | T | | | | | |
| 22. R.R. Donnelly & Sons Co. | B | Dividend | K | T | | | | | |
| 23. DWS Funds Mid-Cap Growth Fund Class S | A | Dividend | | | Sold | 12/18/15 | L | | |
| 24. Vanguard Whitehall FDS High Dividend Yield ETF | A | Dividend | M | T | Buy | 12/18/15 | M | | |
| 25. Walt Disney Co. | C | Dividend | M | T | | | | | |
| 26. Yum Brands, Inc. | B | Dividend | L | T | | | | | |
| 27. DWS Strategic Gov. SEC Fund | B | Interest | L | T | Sold (part) | 12/01/15 | J | A | |
| 28. DWS GNMA Fund - S | B | Interest | K | T | | | | | |
| 29. Edgartown Water Co. | | None | J | W | | | | | |
| 30. Mainbocher, Inc. | | None | J | W | | | | | |
| 31. Evergreen Money Fund | A | Interest | J | T | | | | | |
| 32. Fidelity Contra Fund | B | Dividend | L | T | Sold (part) | 12/01/15 | J | B | |
| 33. Vanguard Int.-Term Tax-Exempt Fund Adm. Shares Bond Fund | D | Dividend | M | T | | | | | |
| 34. Vanguard Ltd.-Term Tax-Exempt Fund Adm. Shares Bond Fund | C | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A. | 04/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Short-Term Bond Index Adm. Shares Bond Fund | C | Dividend | M | T | | | | | |
| 36. Vanguard Dividend Growth Fund | D | Dividend | N | T | | | | | |
| 37. Williams 79 Associates | | None | J | W | | | | | |
| 38. TRUST #1: | | | | | | | | | |
| 39. Deutsche Bank Trust Co. Tax-Free Income Fund | B | Dividend | K | T | | | | | |
| 40. Deutsche Bank Trust Co. International Fund | A | Dividend | K | T | | | | | |
| 41. Deutsche Bank Trust Co. U.S. Large Capitalization Value Fund | C | Dividend | M | T | | | | | |
| 42. Deutsche Bank Trust Co. High Income Fund Class A | A | Dividend | J | T | | | | | |
| 43. I Shares MSCI Emerging Markets Index Fund | A | Dividend | J | T | | | | | |
| 44. I Shares North American Natural Resources ETF | A | Dividend | | | Sold | 05/03/15 | J | C | |
| 45. Deutsche Bank Trust Co. Money Market Deposit Account | A | Interest | J | T | | | | | |
| 46. TRUST #2: | | | | | | | | | |
| 47. American Express Co. | A | Dividend | K | T | | | | | |
| 48. BP PLC | B | Dividend | K | T | | | | | |
| 49. Halyard Health, Inc. | | None | J | T | | | | | |
| 50. Kimberly Clark Corp. | C | Dividend | M | T | | | | | |
| 51. Pfizer, Inc. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A. | 04/18/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Raytheon Co. | B | Dividend | L | T | | | | | |
| 53. Fidelity Contra Fund | A | Dividend | L | T | | | | | |
| 54. Deutsche Bank Trust Co. U.S. Large Capital Growth Fund | D | Dividend | N | T | Sold (part) | 06/22/15 | J | C | |
| 55. Deutsche Bank Trust Co. Tax-Free Income Fund | D | Dividend | M | T | | | | | |
| 56. Deutsche Bank Trust Co. Money Market Deposit Account | A | Interest | K | T | | | | | |
| 57. TRUST #3: | | | | | | | | | |
| 58. Deutsche Bank Trust Co. U.S. Small Capitalization Fund | A | Dividend | | | Sold | 06/22/15 | K | B | |
| 59. Deutsche Bank Trust Co. Tax-Free Income Fund | B | Dividend | K | T | | | | | |
| 60. Deutsche Bank Trust Co. International Fund | A | Dividend | K | T | | | | | |
| 61. Deutsche Bank Trust Co. U.S. Large Capitalization Value Fund | C | Dividend | M | T | | | | | |
| 62. Deutsche Bank Trust Co. High Income Fund Class A | A | Dividend | J | T | | | | | |
| 63. I Shares MSCI Emerging Markets Index Fund | A | Dividend | J | T | | | | | |
| 64. I Shares Cohen & Steers REIT ETF | A | Dividend | J | T | | | | | |
| 65. Deutsche Bank Trust Co. Money Market Deposit Account | A | Dividend | J | T | | | | | |
| 66. TRUST #4: | | | | | | | | | |
| 67. American Express Co. | B | Dividend | L | T | | | | | |
| 68. BP PLC | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A. | 04/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. General Electric Co. | B | Dividend | K | T | | | | | |
| 70. Merck & Co., Inc. | B | Dividend | L | T | | | | | |
| 71. Procter & Gamble Co. | B | Dividend | L | T | | | | | |
| 72. Deutsche Bank Trust Co. International Fund | B | Dividend | L | T | | | | | |
| 73. Deutsche Bank Trust Co. Taxable Income Fund | D | Dividend | N | T | | | | | |
| 74. Deutsche Bank Trust Co. High Income Fund-Insured | B | Dividend | K | T | | | | | |
| 75. I Shares U.S. Treasury Inflation Protected Securities Fund | A | Dividend | K | T | | | | | |
| 76. Para-metrics Emerging Markets Fund | A | Dividend | K | T | | | | | |
| 77. Deutsche Bank Trust Co. U.S. Small Capitalization Fund | A | | | | Sold | 06/22/15 | K | D | |
| 78. Deutsche Bank Trust Co. U.S. Large Capitalization Value Fund | B | Dividend | M | T | | | | | |
| 79. Deutsche Bank Trust Co. Money Market Deposit Account | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A. | 04/18/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

ADDITIONAL INFORMATION WITH RESPECT TO PART VII OF THIS REPORT:

1. Items 1-22, 25, 26, 29, 30, 47-52 and 67-71 are common stock holdings.

2. Items 23, 24, 27, 28, 32-36, 43, 44, 53, 63, 64, 75 and 76 are mutual funds.

3. Items 31, 45, 56, 65 and 79 are in the nature of money markets accounts.

4.. Items 40-42, 54, 58, 60-62, 72-74 and 77-78 are mutual funds managed by Deutsche Bank Trust Co.

5. Items 39, 55, and 59 are tax-free securities funds managed by Deutsche Bank Trust Co.

6. Item 73 is a debt securities fund managed by Deutsche Bank Trust Co.

7. Item 37 is a real estate partnership.

8. See Items 14 and 15. On 07/06/15, Kraft Foods Group, Inc. was merged with Heinz Co. to form Kraft Heinz Co. As part of this merger, transaction, I received compensation valued in the J range. In addition, I received shares of stock in Kraft Heinz Co.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alvin A. Schall**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544